PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN 267800)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, akent@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

FRANK N. DARRAS (SBN 128904)
LISSA A. MARTINEZ (SBN 206994)
SUSAN B. GRABARSKY (SBN 203004)
PHILLIP S. BATHER (SBN 273236)
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761-1227
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: LMartinez@DarrasLaw.com

Attorneys for Plaintiff,
VIJAY DUGGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJAY DUGGAL,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and, SODEXO OPERATIONS, LLC (FORMALLY KNOWN AS SODEXHO OPERATIONS LLC) EMPLOYEE WELFARE BENEFIT PLAN,<br><br>    Defendants. | Case No: CV 12-2669 SBA<br><br>**STIPULATION DISMISSING SODEXO OPERATIONS, LLC EMPLOYEE WELFARE BENEFIT PLAN WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties that Liberty Life Assurance Company of Boston shall be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits, interest, attorneys' fees

and/or costs that may result from this action as if it were the Plan; and Liberty Life Assurance Company of Boston shall not contend that the action has been rendered defective as a result of the Plan having been dismissed from this action at any time during the course of this litigation,

IT IS ORDERED that the Plan is hereby dismissed from this action without prejudice, and each party shall bear its own attorney's fees and costs directly related to the dismissal of this Defendant.

**IT IS SO ORDERED**.

Dated: September 14, 2012

*Saundra B. Armstrong*
Hon. Saundra Brown Armstrong