1  PAMELA E. COGAN (SBN 105089)
   ALEXIS F. KENT (SBN 267800)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: pcogan@rmkb.com, akent@rmkb.com
5
   Attorneys for Defendant,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7  FRANK N. DARRAS (SBN 128904)
   LISSA A. MARTINEZ (SBN 206994)
8  SUSAN B. GRABARSKY (SBN 203004)
   PHILLIP S. BATHER (SBN 273236)
9  DARRASLAW
   3257 East Guasti Road, Suite 300
10 Ontario, CA 91761-1227
   Telephone: (909) 390-3770
11 Facsimile: (909) 974-2121
   Email: LMartinez@DarrasLaw.com
12
   Attorneys for Plaintiff,
13 VIJAY DUGGAL

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 VIJAY DUGGAL,                          Case No: CV 12-2669 SBA

18            Plaintiff,                  **ORDER GRANTING STIPULATION CONTINUING DEADLINE TO COMPLETE PRIVATE MEDIATION**

19     v.

20 LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON; and, SODEXO
21 OPERATIONS, LLC (FORMALLY
   KNOWN AS SODEXHO OPERATIONS
22 LLC) EMPLOYEE WELFARE BENEFIT
   PLAN,
23
              Defendants.
24

25     Pursuant to the stipulation of the parties that the deadline to complete private mediation be

26 continued from December 14, 2012 to February 8, 2013,

27 / / /

28 / / /

1   IT IS ORDERED that the parties complete private mediation by February 8, 2013.

2   **IT IS SO ORDERED.**

4   Dated:  December 12, 2012

    _____
    Hon. Saundra Brown Armstrong