PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN 267800)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063
Telephone:      (650) 364-8200
Facsimile:       (650) 780-1701
E-mail:          pcogan@rmkb.com, akent@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

FRANK N. DARRAS (SBN 128904)
LISSA A. MARTINEZ (SBN 206994)
SUSAN B. GRABARSKY (SBN 203004)
PHILLIP S. BATHER (SBN 273236)
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761-1227
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: LMartinez@DarrasLaw.com

Attorneys for Plaintiff,
VIJAY DUGGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJAY DUGGAL,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and, SODEXO OPERATIONS, LLC (FORMALLY KNOWN AS SODEXHO OPERATIONS LLC) EMPLOYEE WELFARE BENEFIT PLAN, | Case No: CV 12-2669 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** |

It is hereby stipulated by and between Plaintiff Vijay Duggal and Defendant Liberty Life Assurance Company of Boston, through their respective attorneys of record, that the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

1  **IT IS SO STIPULATED**.

Dated: February 28, 2013                    DARRASLAW

- By: /s/ *Lissa A. Martinez*
  FRANK N. DARRAS
  LISSA A. MARTINEZ
  Attorneys for Plaintiff VIJAY DUGGAL

Dated: February 28, 2013                    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Alexis F. Kent*
  PAMELA E. COGAN
  ALEXIS F. KENT
  Attorneys for Defendant, LIBERTY LIFE
  ASSURANCE COMPANY OF BOSTON

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

Dated: March 1, 2013

Hon. Saundra Brown Armstrong

RC1/6801292.1/AFK                - 2 -         STIP AND [PROPOSED] ORDER DISMISSING
                                                ACTION, CASE NO. CV 12-2669 SBA